## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JOSE EDGARDO QUIROZ-CRUZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-01335-DB** |
| | § | |
| **MARKWAYNE MULLIN,** *et al.*, | § | |
| **Respondents.** | § | |
| | § | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On May 27, 2026, the parties filed a "Joint Response to Order," ECF No. 7, advising no more matters before the court to resolve. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **28th** day of **May 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**